

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2025

No. 04-25-00128-CV

George Robert **DIETERT** II,
Appellant

v.

**UVALDE COUNTY APPRAISAL DISTRICT**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-04-32163-TX
Honorable Kelley Kimble, Judge Presiding

**ORDER**

Sitting:    Adrian A. Spears II, Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 16, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2025.


_____
Caitlin A. McCamish, Clerk of Court